United States Courts
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

*August 07, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.

**Alberto Villarreal**

YOB: 1993    COB: United States

## CRIMINAL COMPLAINT

Case Number:
**M-22-1562-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 6, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Enrique Rodriguez-Flores, a citizen and national of Honduras, and Jorge Alberto Chiquin-Ponce, a citizen and national of Guatemala, along with two (2) other undocumented aliens, for a total of four (4) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 06, 2022, a Camara Operator observed several subjects walking north away from the Rio Grande River in Roma, Texas. Moments later a different Camera Operator noticed the group of subjects coming out of the brush and load up into a red pickup truck. An Agent on foot was also able to observe the last two (2) subjects of the group jumping in the back of the pickup truck and relayed the information to the nearby Agents. Another Agent on foot located the red pickup truck and observed two (2) subjects in the bed of the truck. As the truck was driving north towards his direction, the agent drew his service pistol and instructed the driver to stop. The driver complied with the Agent's commands and stopped the vehicle. The Agent approached the pickup truck and encountered the driver identified as Alberto Villarreal, a United States citizen to which Villarreal freely stated, "I only did to pay off my medical bills". Furthermore, the Agent encountered two (2) passengers in the bed of the truck and two (2) inside the cab behind the passenger's seat. Upon an interview it was determined that all passengers were illegally present in the United States.

Alberto Villarreal and the undocumented aliens were placed under arrest and transported to the Rio Grande City Border Patrol Station for further processing and investigation.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA Michael Mitchell

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Christian Salmon
Signature of Complainant

Christian Salmon    Border Patrol Agent
Printed Name of Complainant

August 7, 2022 at 3:33 p.m.          at     McAllen, Texas
Date                                        City and State

J. Scott Hacker           , U. S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1562-M

**RE:** **Alberto Villarreal**

**CONTINUATION:**

**PRINCIPAL SWORN STATEMENT:**

Alberto Villarreal, a United States citizen, was read his Miranda Rights in the Spanish language. He understood his rights and agreed to provide a statement without an attorney present. Villarreal stated he drove to the observatory area and parked to drink coffee. Villarreal noted that while sitting in his truck, several subjects boarded his truck. Immediately drove off in an attempt for them to be pushed off. Villarreal indicated that no one called him.

**MATERIAL WITNESS SWORN STATEMENT 1:**

Enrique Rodriguez-Flores, a citizen and national of Honduras, was read his Miranda rights in the Spanish language. He understood his rights and agreed to provide a sworn statement.

Rodriguez crossed the river using a raft, in a group of four (4), himself included and two (2) additional rafters. Rodriguez added that the rafters instructed the group to walk up the hill where a red truck was waiting for them. Rodriguez indicated that once they reached the top a red truck was waiting for them as previously instructed. He also noted the red truck was the only vehicle in the area. Rodriguez stated they opened the truck doors and the male driver instructed them to get in the vehicle fast. Rodriguez added that they drove for about half a block until immigration stopped them. Rodriguez mentioned that they driver then stopped and told them, they caught us.

**MATERIAL WITNESS SWORN STATEMENT 2:**

Jorge Alberto Chiquin-Ponce, a citizen and national of Guatemala, was read his Miranda rights in the Spanish language. He understood his rights and agreed to provide a sworn statement.

Chiquin stated he crossed the river using a raft with four (4) others and a rafter. Chiquin added the only instructions he was given were to continue walking north. Chiquin indicated he boarded the bed of a red pickup truck and laid down to hide. Chiquin does not remember if the truck drove off or not and stated he was not able to observe the driver.